IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**JOHN CHRISTOPHER STEWART**                                                    **PLAINTIFF**

VS.                                    Case No. 05-CV-4031

**DOMTAR INDUSTRIES, INC.**                                                    **DEFENDANT**

## JUDGMENT

Before the Court is Defendant's Motion for Summary Judgment. (Doc. 20). Plaintiff has responded. (Doc. 24). Defendant has also filed a reply brief. (Doc. 27). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds the Motion for Summary Judgment should be and hereby is **granted** and Plaintiff's lawsuit is dismissed with prejudice.

**IT IS SO ORDERED** this 7th day of April, 2006.

                                                                        /s/ Harry F. Barnes
                                                                          Hon. Harry F. Barnes
                                                                           U.S. District Judge